UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIMINAL NO.05-cr-10020 RCL |
| DICH TRIEU, | ) |
| | ) |
| Defendant. | ) |

NOTICE OF PLEA AGREEMENT

The United States, by its undersigned counsel, hereby notifies the Court that the defendant and the United States Attorney have entered into an agreement for defendant to tender a plea of guilty pursuant to Fed. R. Crim. P. 11(c)(1)(B).  A copy of the agreement is attached.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

dated: February 9, 2005

By: /s/ Paul G. Levenson
Assistant U.S. Attorney
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3147
(617) 748-3147

CERTIFICATE OF SERVICE

I hereby certify that on this day I will cause a true copy of the above document to be served by First Class Mail upon counsel of record for defendant, addressed as follows:

John F. Palmer, Esq.
24 School Street
Boston, MA 02108

Dated: February 9, 2005                    /s/ Paul G. Levenson
                                            Paul G. Levenson

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO.05-cr-10020 RCL |
| DICH TRIEU, | ) ) | |
| Defendant. | ) ) | |

**NOTICE OF FILING WITH CLERK'S OFFICE**

```
    Notice is hereby given that the documents, exhibits or

attachments listed below have been manually filed with the Court

and are available in paper form only.


        Plea Agreement


    The original documents are maintained in the case file in

the Clerk's office.




Date: February 9, 2005      By: /s/ Paul  G. Levenson
                                PAUL G. LEVENSON
                                Assistant U.S. Attorney
                                John Joseph Moakley
                                  United States Courthouse
                                1 Courthouse Way, Suite 9200
                                Boston, MA 02210
                                617/748-3147
```