UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

_____
UNITED STATES OF AMERICA    )
                            )
v.                          )     NO.    05-CR-10020
                            )
DICH TRIEU                  )
_____)

## MOTION TO CONSOLIDATE DEFENDANT'S CASE WITH CO-DEFENDANT'S CASE FOR SENTENCING

Now comes Defendant Dich Trieu and moves this Honorable Court to reschedule his sentencing hearing from June 19, 2006 to August 3, 2006, when his co-defendant Charles Wallace is scheduled to be sentenced.

In support of this motion, Defendant states that the Government has indicated in its plea agreement with Defendant, that it will file a §5K.1 motion for downward departure in the event that Defendant provides substantial assistance to the government. The Defendant has provided all the assistance that he is capable of, but has not been able to provide testimony due to the delay in the trial and/or disposition of co-defendants' cases. While it is unlikely that all of these other cases will be disposed of prior to August 3, 2006, it seems probable that the Defendant can further assist the Government within that time frame so that the likelihood of his receiving a §5K.1 departure will be increased.

In addition, the Defendant and the Court will benefit from hearing the Defendant's case and the co-defendant's case together on August 3, 2006, so that the Defendant's role may be compared to the co-defendant's role in the offense to assess the relative culpabilities of the parties.

DEFENDANT
By his attorney

/s/John F. Palmer
John F. Palmer
Law Office of John F. Palmer
24 School Street, 8th Floor
Boston, MA 02108
(617)723-7010
BBO# 387980


ASSENTED TO:

/s/Paul Levenson
Paul G. Levenson, Esq.
Assistant U.S. Attorney
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210


Dated: June 12, 2006


CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered parties on June 12, 2006.

/s/John F. Palmer