UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CRIMINAL NO.05-cr-10020 RCL |
| DICH TRIEU, ) | |
| ) | |
| Defendant. ) | |

UNITED STATES MOTION FOR DOWNWARD DEPARTURE

Pursuant to U.S.S.G. §5K1.1, and in accordance with the parties' plea agreement, the United States, by its undersigned counsel, hereby moves for a downward departure.

As grounds for this motion, the United States states that defendant Dich Trieu has provided substantial assistance in the investigation and prosecution of another person who has committed an offense.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

dated: June 14, 2006

                                    By: /s/ Paul G. Levenson
                                          PAUL G. LEVENSON
                                          JACK PIROZZOLO
                                          Assistant U.S. Attorneys
                                          John Joseph Moakley United States Courthouse
                                          1 Courthouse Way, Suite 9200
                                          Boston, MA 02210
                                          (617) 748-3147

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

dated: June 14, 2006

                                          /s/ Paul G. Levenson
                                          PAUL G. LEVENSON