# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS
### PRETRIAL SERVICES

**JOHN R. RILEY**
CHIEF PRETRIAL SERVICES OFFICER
UNITED STATES COURTHOUSE
ONE COURTHOUSE WAY, SUITE 1-300
BOSTON, MA 02210
TEL: 617-748-9213
FAX: 617-748-4114

1550 MAIN STREET, RM 534
SPRINGFIELD, MA 01103
TEL: 413-785-0251
FAX: 413-785-0264

595 MAIN STREET, RM 401
WORCESTER, MA 01608
TEL: 508-793-0444
FAX: 508-793-0443

June 19, 2006

Honorable Reginald C. Lindsay,
U.S. District Judge
District of Massachusetts
One Courthouse Way
Boston, MA 02210

> RE: **Trieu, Dich**
> **CR#05-10020-RCL**
> **Release Status Letter**

Dear Judge Lindsay:

Dich Trieu is scheduled to appear before Your Honor this afternoon for a Sentencing Hearing in the above matter. This letter is being submitted to apprize Your Honor of the defendant's pretrial release status.

The defendant appeared before Your Honor on March 23, 2005, after having been charged in an Indictment with Willful Failure to Keep Tax Records and to Supply Tax Information. On that date, Mr. Trieu was released on Personal Recognizance and directed to report any change in residence to Pretrial Services.

The defendant has complied with his conditions of release. A recent records check reveals that there have not been any new arrests or outstanding warrants.

Honorable Reginald C. Lindsay,
U.S. District Judge            - 2 -            June 19, 2006

This letter is being submitted for informational purposes only.

           Respectively submitted,

           Gina P. Affsa,
           U.S. Pretrial Services Officer

Reviewed by:

John R. Riley, Chief
U.S. Pretrial Services Officer

cc:     Paul Levenson, AUSA
       John Palmer, Esq.
       Allyson Lorimer, DCUSPO